IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Trustees of the Plumbers and )
Pipefitters National Pension, )
)
    Plaintiffs, )
)
    v. ) Case No. 1:09cv1145 (GBL)
)
Standard Plumbing & Appliance )
Co., Inc., )
)
    Defendant. )

## ORDER

THIS MATTER is before the Court on the February 1, 2010, Report and Recommendation of Magistrate Judge Thomas Rawles Jones, Jr., regarding Plaintiffs' unopposed Motion for Default Judgment against Defendant Standard Plumbing & Appliance Co., Inc. ("SPA"). This case concerns SPA's alleged failure to pay into the National Pension Fund and submit the necessary reports as required under the Collective Bargaining Agreement between the United Association Local Union No. 15 and SPA.

Federal Rule of Civil Procedure 72(b) provides that a magistrate judge may hear a dispositive motion, without the consent of the parties, and recommend the disposition of the matter to a district judge. FED. R. CIV. P. 72(b). A party must serve any objections to the magistrate judge's recommendation within fourteen (14) days of being served with a copy of the order. *Id.* The district judge to whom a case is assigned should

make a *de novo* determination on the record, or receive additional evidence, on any portion of the magistrate judge's disposition to which a party has made a specific written objection. *Id.*

Here, Defendant was served by private process server on October 27, 2009. The Clerk entered default on January 5, 2010. SPA has not responded to the Complaint and Federal Rule of Civil Procedure 55 allows this Court to grant a motion for default judgment where a party has failed to plead or defend against a claim. FED. R. CIV. P. 55.

Magistrate Judge Jones recommends that the Court enter default judgment against SPA in favor of the National Pension Fund in the total amount of $17,752.67, representing: $13,311.80 in delinquent contributions, $1,331.18 in liquidated damages; $1,493.40 in accrued interest; and $1,616.29 in attorneys' fees and costs. Magistrate Judge Jones further recommends that the Court enjoin SPA from violating the terms of Plaintiffs' employee benefit plans and order SPA to submit timely contributions and reports to Plaintiffs' funds.

Neither party has filed objections within fourteen (14) days after being served with the magistrate judge's recommendation. Therefore, the Court adopts Magistrate Judge Jones's Report and Recommendation *in toto*. Accordingly, it is hereby

ORDERED that default judgment be ENTERED against Standard

Plumbing & Appliance Co., Inc., in favor of the National Pension Fund in the total amount of $17,752.67, representing: $13,311.80 in delinquent contributions, $1,331.18 in liquidated damages; $1,493.40 in accrued interest; and $1,616.29 in attorneys' fees and costs. It is further

ORDERED that Defendant SPA be and is hereby ENJOINED from violating the terms of Plaintiffs' employee benefit plans. It is further

ORDERED that Defendant SPA submit timely contributions and reports to Plaintiffs' funds.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 25th day of March, 2010.

/s/
Gerald Bruce
United States District Judge

Alexandria, Virginia

3